**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **WRIT OF MANDAMUS, Immigration Case**, was served on the following parties via first-class mail:

MICHAEL CHERTOFF, Secretary,
United States Department of Homeland Security
Washington, D.C.  20528

EMILIO GONZALEZ, Director,
United States Citizenship and Immigration Services,
U.S. Department of Homeland Security
111 Massachusetts Avenue, NW, 3rd Floor
Washington, DC  20529

GERARD HEINAUER, Director,
Nebraska Service Center,
United States Citizenship and Immigration Services
PO Box 87565
Lincoln, NE  68501-7565

DAVID N. STILL, District Director,
San Francisco District Office,
United States Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA  94111

EMILIA BARDINI, Director,
San Francisco Asylum Office
United States Citizenship and Immigration Services
P.O. Box 77530
San Francisco, CA  94107

Dated this 13th day of July, 2007.

_____
Michael Conlan

WRIT OF MANDAMUS – 4

10. Petitioner's naturalization application was referred to the San Francisco District Office of USCIS for an interview. (*Exhibit B, Copy of Notice received from San Francisco District Office after petitioner's interview, dated January 14, 2004.*)

11. Petitioner was informed on January 14, 2004 that she satisfied all of the requirements for naturalization, but that her application would remain pending because background checks had not been completed. (*See Exhibit B.*)

12. Petitioner's application remains pending despite several inquiries to USCIS requesting resolution of petitioner's application.

13. Respondents are required by INA Section 316 to process an alien's application for naturalization, and to issue a decision on that application. Such duty is imposed by statute, is ministerial, clear and certain, and free from doubt, and is one over which the Respondents exercise no discretion. Respondents have a duty to the Petitioner to process her application for naturalization, and to issue a decision on that application in a timely manner. Respondents have failed and refused to process Petitioner's application, and have failed and refused to issue a decision on Petitioner's application.

WHEREFORE, Petitioner requests that this Court issue a writ of mandamus directing Respondents to perform their duties as officers and employees of the United States, and forthwith and immediately to process Petitioner's N-400 Application for Naturalization.

Dated:    July 13, 2007

                                                                                      _____
Vaughan de Kirby
Michael Conlan

Counsel for Petitioner

WRIT OF MANDAMUS – 3

COMES NOW the Petitioner, by and through undersigned counsel, and pursuant to 28 U.S.C. Section 1361, petitions this Court for a Writ of Mandamus directing the United States of Citizenship and Immigration Services ("USCIS") to make a decision on Petitioner's N-400 Application for Naturalization.

1. Petitioner is a native and citizen of China. Petitioner resides in San Francisco, California.

2. Respondent Michael Chertoff is the Secretary of the United States Department of Homeland Security ("DHS").

3. Respondent Emilio Gonzalez is the Director of USCIS

4. Respondent Gerard Heinauer is the Director of the Nebraska Service Center of USCIS.

5 Respondent David N. Still is the District Director of the San Francisco District Office of USCIS.

6. Respondent Emilia Bardini is Asylum Office Director of the San Francisco Asylum Office of USCIS.

7. This Court has subject-matter jurisdiction over this petition by virtue of 28 U.S.C. Section 1361.

8. This Court has jurisdiction over Petitioner and this matter, and venue is properly fixed in this Court.

9. Petitioner applied to USCIS for naturalization pursuant to Immigration and Nationality Act ("INA") Section 316 on May 27, 2003. (*Exhibit A, Copy of Receipt Notice from USCIS evidencing filing of naturalization application and payment of fees.*)

WRIT OF MANDAMUS – 2

Vaughan de Kirby (CA Bar #98953)
Michael Conlan (CA Bar #220633)
Law Offices of Vaughan de Kirby
5139 Geary Boulevard
San Francisco, CA  94118
Tel:     415-221-2800
Fax:    415-221-2860

Attorneys for Hong Lu, Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRCT OF CALIFORNIA

| | |
|---|---|
| HONG LU ) <br>     (A74-338-097), ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, United ) <br> States Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director, United ) <br> States Citizenship and Immigration ) <br> Services; GERARD HEINAUER, Director, ) <br> Nebraska Service Center, United States ) <br> Citizenship and Immigration Services; ) <br> DAVID N. STILL, District Director, San ) <br> Francisco District Office, United States ) <br> Citizenship and Immigration Services; ) <br> EMILIA BARDINI, Director, San Francisco ) <br> Asylum OfficeUnited States Citizenship and ) <br> Immigration Services, ) <br> ) <br>     Respondents. ) | No.: _____ |

---

**PETITION FOR WRIT OF MANDAMUS**

**Immigration Case**

---

WRIT OF MANDAMUS – 1