IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG LU, | No. C-07-3617 MEJ |
| Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

    The Court hereby reschedules the case management conference originally scheduled for November 1, 2007, to December 13, 2007.

**IT IS SO ORDERED.**

Dated: October 29, 2007

MARIA-ELENA JAMES
United States Magistrate Judge