1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 HONG LU,                                  )
                                             ) No. C 07-3617 MEJ
13                Plaintiff,                 )
                                             )
14         v.                                )
                                             ) **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary, United       ) **JUDGE JURISDICTION**
   States Department of Homeland Security;   )
16 EMILIO GONZALEZ, Director, United States  )
   Citizenship and Immigration Services;     )
17 GERARD HEINAUER, Director, Nebraska       )
   Service Center, United States Citizenship and )
18 Immigration Services;                     )
   DAVID N. STILL, District Director,        )
19 San Francisco District Office, United States )
   Citizenship and Immigration Services;     )
20 EMILIA BARDINI, Director, San Francisco   )
   Asylum Office United States Citizenship and )
21 Immigration Services,                     )
                                             )
22                Defendants.                )
                                             )
23 _____

24    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

25 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

26 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

27 final judgment.

28 ///

   Consent to Magistrate Jurisdiction
   C 07-3617 MEJ                              1

| | | |
|---|---|---|
| 1 | Date: November 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: November 5, 2007 | _____/s/_____<br>VAUGHAN de KIRBY<br>MICHAEL CONLAN |
| 9 | | Attorneys for Plaintiff |

Consent to Magistrate Jurisdiction
C 07-3617 MEJ                2