1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  HONG LU,                              )
                                          )  No. C 07-3617 MEJ
13              Plaintiff,                )
                                          )
14        v.                              )
                                          )  **STIPULATION TO EXTEND DATES;**
15  MICHAEL CHERTOFF, Secretary, United   )  **and [PROPOSED] ORDER**
    States Department of Homeland Security;)
16  EMILIO GONZALEZ, Director, United States)
    Citizenship and Immigration Services; )
17  GERARD HEINAUER, Director, Nebraska   )
    Service Center, United States Citizenship and)
18  Immigration Services;                 )
    DAVID N. STILL, District Director,    )
19  San Francisco District Office, United States)
    Citizenship and Immigration Services; )
20  EMILIA BARDINI, Director, San Francisco)
    Asylum Office United States Citizenship and)
21  Immigration Services,                 )
                                          )
22              Defendants.               )
                                          )
23  _____)

24      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

25  of record, hereby stipulate, subject to the approval of the Court, to the following:

26      1. Plaintiff filed this action on or about July 13, 2007. The United States Attorney's Office

27  was not served until November 1, 2007.

28      2. Pursuant to this Court's October 29, 2007 Order Rescheduling Case Management

Stipulation for Extension
C 07-3617 MEJ                              1

Conference, the parties are required to file a joint case management statement on December 6, 2007, and attend a case management conference on December 13, 2007.

   3. Accordingly, in order to allow sufficient time for Defendants to answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | December 31, 2007 |
| Last day to file Joint ADR Certification: | January 9, 2008 |
| Last day to file/serve Joint Case Management Statement: | January 17, 2008 |
| Case Management Conference: | January 24, 2008, at 10:00 a.m. |

Date: November 5, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

       /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 5, 2007         /s/
VAUGHAN de KIRBY
MICHAEL CONLAN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

MARIA-ELENA JAMES
United States Magistrate Judge