1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 HONG LU,                              )
                                         ) No. C 07-3617 MEJ
13                 Plaintiff,            )
                                         )
14         v.                            )
                                         ) **SECOND STIPULATION TO EXTEND**
15 MICHAEL CHERTOFF, Secretary, United   ) **DATES; and [PROPOSED] ORDER**
   States Department of Homeland Security; )
16 EMILIO GONZALEZ, Director, United States )
   Citizenship and Immigration Services; )
17 GERARD HEINAUER, Director, Nebraska   )
   Service Center, United States Citizenship and )
18 Immigration Services;                 )
   DAVID N. STILL, District Director,    )
19 San Francisco District Office, United States )
   Citizenship and Immigration Services; )
20 EMILIA BARDINI, Director, San Francisco )
   Asylum Office United States Citizenship and )
21 Immigration Services,                 )
                                         )
22                 Defendants.            )
                                         )
23 _____)

24     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

25 of record, hereby stipulate, subject to the approval of the Court, to the following:

26     1. The Plaintiff filed an application for naturalization with the United States Citizenship and

27 Immigration (USCIS) on May 27, 2003.

28     2. In order to complete adjudication of Plaintiff's naturalization application, USCIS needs to

Second Stip for Extension
C 07-3617 MEJ                                  1

conduct an updated interview of Plaintiff. The interview is scheduled for January 15, 2008.

3. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | January 31, 2008 |
| Last day to file Joint ADR Certification: | February 7, 2008 |
| Last day to file/serve Joint Case Management Statement: | February 21, 2008 |
| Case Management Conference: | February 28, 2008, at 10:00 a.m. |

Date: December 27, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 27, 2007
/s/
VAUGHAN de KIRBY
MICHAEL CONLAN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

Second Stip for Extension
C 07-3617 MEJ                            2