JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG LU,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; DAVID N. STILL, District Director, San Francisco District Office, United States Citizenship and Immigration Services; EMILIA BARDINI, Director, San Francisco Asylum Office United States Citizenship and Immigration Services,<br><br>           Defendants. | No. C 07-3617 MEJ<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-3617 MEJ                                   1

| | |
|---|---|
| Date: January 18, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: January 18, 2008 | /s/<br>VAUGHAN de KIRBY<br>MICHAEL CONLAN<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Dismiss
C 07-3617 MEJ                    2