| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| HONG LU, | ) | | |
| Plaintiff, | ) | No. C 07-3617 MEJ | |
| | ) | | |
| v. | ) | | |
| | ) | **STIPULATION TO DISMISS AND** | |
| MICHAEL CHERTOFF, Secretary, United | ) | **[PROPOSED] ORDER** | |
| States Department of Homeland Security; | ) | | |
| EMILIO GONZALEZ, Director, United States | ) | | |
| Citizenship and Immigration Services; | ) | | |
| GERARD HEINAUER, Director, Nebraska | ) | | |
| Service Center, United States Citizenship and | ) | | |
| Immigration Services; | ) | | |
| DAVID N. STILL, District Director, | ) | | |
| San Francisco District Office, United States | ) | | |
| Citizenship and Immigration Services; | ) | | |
| EMILIA BARDINI, Director, San Francisco | ) | | |
| Asylum Office United States Citizenship and | ) | | |
| Immigration Services, | ) | | |
| | ) | | |
| Defendants. | ) | | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 07-3617 MEJ                                       1

| | | |
|---|---|---|
| 1 | Date: January 18, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: January 18, 2008 | _____/s/_____<br>VAUGHAN de KIRBY<br>MICHAEL CONLAN |
| 9 | | Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 23, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*
[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

Stipulation to Dismiss
C 07-3617 MEJ                                    2